# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES EUGENE HERMANSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 70611

FILED

JUL 1 5 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction and amended judgment of conviction. Third Judicial District Court, Lyon County; Leon Aberasturi, Judge.

The notices of appeal were untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

---

[1]In light of this order, we take no action on the pro se document filed on July 6, 2016.

cc:  Hon. Leon Aberasturi, District Judge
     James Eugene Hermanson
     Attorney General/Carson City
     Lyon County District Attorney
     Third District Court Clerk